IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03257-PAB-KLM

LORI E. MORGAN,

      Plaintiff,

v.

GEICO INDEMNITY COMPANY,

      Defendant.

---

## MINUTE ORDER

---

### ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX

This matter is before the Court on the parties' **Joint Stipulated Motion for Entry of Confidentiality Order** [#20][1] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion [#20] is **GRANTED**.  Accordingly,

IT IS FURTHER **ORDERED** that the Stipulated Confidentiality Order [#20-1] supplied by the parties is **accepted** for filing and entered as an Order of the Court, with interlineations, as of the date of this Minute Order.

Dated:  March 23, 2015

---

[1] "[#20]" is an example of the convention the Court uses to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF).  The Court uses this convention throughout this Minute Order.