IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03257-PAB-KLM

LORI E. MORGAN,

    Plaintiff,

v.

GEICO INDEMNITY COMPANY,

    Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Plaintiff's Unopposed Motion for Leave to File Amended Complaint and to Schedule New Scheduling Conference** [#35][1] (the "Motion"). As an initial matter, the Motion does not comply with D.C.COLO.LCivR 15.1(a), which requires, that "[a] party who files an amended pleading under Fed. R. Civ. P. 15(a)(1) or with the consent of the opposing party shall file a separate notice of filing the amended pleading and shall attach as an exhibit a copy of the amended pleading which strikes through . . . the text to be deleted and underlines . . . the text to be added." The Motion is subject to denial on this basis alone. Nevertheless, in the interest of expedience,

    IT IS HEREBY **ORDERED** that the Motion [#35] is **GRANTED**. Accordingly,

    IT IS FURTHER **ORDERED** that the Clerk of the Court shall accept Plaintiff's Amended Complaint [#35-1] for filing as of the date of this Order.

    IT IS FURTHER **ORDERED** that Plaintiff shall file the notice and exhibit described in D.C.COLO.LCivR 15.1(a) on or before **October 26, 2015**.

    IT IS FURTHER **ORDERED** that Defendant shall answer or otherwise respond to the Amended Complaint in accordance with Fed. R. Civ. P. 15(a)(3).

---

[1] "[#35]" is an example of the convention the Court uses to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF). The Court uses this convention throughout this Minute Order.

IT IS FURTHER **ORDERED** that, if the parties determine that the exclusion of the class claims requires entry of a modified scheduling order, they shall file a proposed Amended Scheduling Order on or before **November 13, 2015**.

Dated: October 22, 2015